STATE v. THOMAS

No. 435A96-2

Case below: Guilford County Superior Court

Petition by defendant pro se for writ of habeas corpus denied 6 March 2002. Petition by defendant pro se for rehearing on application for writ of habeas corpus dismissed 18 March 2002.

STEPHENS v. DORTCH

No. 113P02

Case below: 148 N.C. App. 509

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 4 April 2002.